July 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,
GALLAGHER BASSETT SERVICES, INC., AND BELINDA YBARRA, Appellants

NO. 14-11-00216-CV                    V.

SUE ANN STINSON, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on December 17, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.